NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DESMOND L. GRAHAM,                    )
                                      )
            Appellant,                )
                                      )
v.                                    )      Case No. 2D18-624
                                      )
STATE OF FLORIDA,                     )
                                      )
            Appellee.                 )
_____)

Opinion filed August 22, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Hillsborough County; Ronald
Ficarrotta, Judge.


PER CURIAM.


        Affirmed.  See Bilyou v. State, 404 So. 2d 744 (Fla. 1981); Broughton v.

State, 929 So. 2d 1130 (Fla. 2d DCA 2006); Mearns v. State, 779 So. 2d 282 (Fla. 2d

DCA 1998).


BLACK, SALARIO, and BADALAMENTI, JJ., Concur.